*Copy Dropped off to Mrs Mitchell @ 1:55pm 4/29/10*

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

10 APR 29 PM 2:19

CLERK-ALBUQUERQUE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case Number: 1:10-CV-00263 |
| ) | |
| DOUGLAS VAUGHAN, ) | |
| ) | |
| THE VAUGHAN COMPANY, REALTORS, INC., ) | |
| ) | |
| and ) | |
| ) | |
| VAUGHAN CAPITAL, LLC. ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT, DOUGLAS VAUGHAN'S RESPONSE TO ORDER FOR PRELIMINARY INJUNCTION, ASSET FREEZE, AND OTHER EQUITABLE RELIEF

Regarding the Court's request filed 4-15-10 [Doc. 19]:

VII    A.    All records not previously supplied to the SEC Denver office were seized by the NM SEC when they executed a search warrant approximately three to four weeks ago.

        B.    (1) Tony Oliva, President of Integra, current address and phone number unknown.
Amounts and dates were sent previously to SEC of Denver and our records were seized by NM SEC 3-4 weeks ago. These fees were paid 2008 and 2009.

            (2) Steve Etkind, 4429 Glenwood Hills Dr. NE, Albuquerque, NM, (505) 296-2133.
I don't believe these records are in our possession any more. Fees were paid prior to 2007.

            (3) Elaine Porter, address and phone number unknown.

Small fees were paid approximately from 2008 through mid 2009. Records seized by NM SEC.

(4) Chris Maika, address and phone number unknown. Paid fees were paid from 2007 through early-2009.

C. See enclosed schedule of Real Estate which is held by Vaughan (subject to chapter 11 filing in February 2010) or Vaughan Equities I, II, or III. The equity in almost all of the real estate is pledged as collateral to lenders. Douglas F. Vaughan owned (85%) of NAI Vaughan Company, a Commercial Real Estate Brokerage, which is winding down. NAI MANAGEMENT LLC IS OWNED BY DOUG VAUGHAN. Vaughan Capital owns two rental homes in Las Vegas, Nevada on Traviata and Baby's Tear (exact street address is among records believed taken by NM SEC). Vaughan Capital also owns a one acre vacant lot in North Albuquerque Acres on Wilshire Ave. I have in my possession four checks made out to Vaughan Capital LLC. (1) Compass bank check #45218735 in the amount of $5643.61. I closed out this account March 12th, 2010, #062001186 in anticipation of opening a new Vaughan Capital LLC. account at a different bank. The other three checks are from the property management company in Las Vegas, Desert Realty Inc. All checks are drawn on Bank of Nevada. Checks are # 81110 ($882.47), #80644 ($1,079.50), and #81283 ($1014.50). I would request permission from the court to open a new bank account and hire a CPA to prepare a tax return for the investors. We've had numerous requests from the investors for their K-1's. If this is not acceptable to the court we will turn these checks over to the court. I would likewise request the unfreezing of Vaughan Equities I, and Vaughan Equities II. Those accounts have a balance of $2,272 and $8,334. respectively we have various vendor bills to pay including property insurance

D. When NM SEC executed its search warrant approximately three to four weeks ago, it took all account records. There is a safe deposit box (#400) at the Bank of The West (Academy Branch). There is a small ($100 balance) brokerage account in the name of Douglas F. Vaughan at Morgan Stanley. This replaced an account previously held at Merrill Lynch (closed). Again, NM SEC has the records. I like the Vaughan creditors opened a "debtor in possession" account at Bank 1st following my personal filing of my chapter 11 bankruptcy petition February, 2010. No funds from investor proceeds were used to open this account # 100018277.

A CPA prepares the monthly report that is delivered the 21st of each month to bankruptcy court on this account.

E. NM SEC has these records.

If any additional records are discovered they will be turned over to SEC.

Respectfully submitted,

_____
Douglas Vaughan, pro se
11708 Zinfandel Ave NE
Albuquerque, NM 87122
505-821-1432.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been emailed/mailed/faxed to counsel of record this 29th day of April, 2010.

_____
Douglas Vaughan

NOTE C
REAL ESTATE SCHEDULE

| | ADDRESS | TYPE | PRICE/DATE | TODAY/VALUE | WHO'S VALUE |
|---|---|---|---|---|---|
| 1. | 700 A Fruit NW | TH (832 sf) | $59,000 (6/86) | $135,000 | Last Sale |
| 2. | 700 H Fruit NW | TH (832 sf) | $59,000 (6/86) | $135,000 | Last Sale |
| 3. | 702A Fruit NW | TH | $60,000 (4/85) | $135,000 | Last Sale |
| 4. | 706A Fruit NW | TH (832 sf) | $60,000 (4/85) | $135,000 | Last Sale |
| 5. | 706 H Fruit NW | TH (832 sf) | $60,680 (3/03) | $135,000 | Last Sale |
| 6. | 700 Fruit NW | (9) TH (7,488 sf) | $540,000 (4/85) | $1,215,000 | Last Sale |
| ✓ 7. | 3824 Blueridge NE | RH (1850sf) | $77,000 (4/81) | $250,000 | Market Value |
| ✓ 8. | 10324 Manzanillo NE | RH (1318 sf) | $59,000 (12/80) | $200,000 | Market Value |
| ✓ 9. | 12341 Keywest NE | RH (2000 sf) | $77,000 (2/81) | $275,000 | Market Value |
| ✓ 10. | 11708 Zinfandel Ave. NE | (Residence) | $2,338,295 (5/30/05) | $3,250,000 | Market Value |

(This includes the cost of the lot, $335,000, in 2000. This lot today would sell for o

| | | | | | |
|---|---|---|---|---|---|
| ✓ 11. | 9551 Paseo Del Norte NE *(VAUGHAN EQUITIES I)* | Office Bldg. | $2,500,000 (12/05) | $3,000,000 | Market Value |
| ✓ 12. | 9501 Paseo Del Norte NE *(VAUGHAN EQUITIES II)* | Office Bldg. | $2,050,000 | $2,050,000 | Cost |
| ✓ 13. | 6817 Kelly Ann Rd NE | RH (1635 sf) | $224,900 (5/06) | $249,000 | Appraisal /Last Sale |
| ✓ 14. | 309 Calle Evangeline | RH (1888 sf) | $213,000 (6/06) | $225,000 | Cost |
| 15. | Lots 13 & 14, Blk 5, Unit 21, Rio Rancho | VL (1 AC) | $230,000 (8/06) | $283,140 | Market Value |
| ✓ 16. | 2832 Palo Verde NE | Tri-plex | $330,000 (8/06) | $330,000 | Cost |
| ✓ 17. | 2913 Palo Verde NE | Tri-plex | $325,000 (8/06) | $325,000 | Cost |
| 18. | 2836 Palo Verde NE | Tri-plex | $322,000 (9/06) | $322,000 | Cost |
| ✓ 19. | 13109 Candelaria NE | 6-plex | $465,000 (8/06) | $525,000 | Market Value |
| ✓ 20. | 19 Plaza Del Corazon | TH | $1,200,000 (12/06) | $1,300,000 | Market Value |
| ✓ 21. | 6703 Academy Rd. NE | Office Bld | $1,800,000 (7/23/07) | $2,000,000 | Market Value |
| *Personal* 22. | 8.5 Acres-Bernalillo | VL | $2,755,000 (01/07) | $3,700,000 | Appraisal |

*(TRANSFERRING TO ... (VA) EQUITIES III)*

IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | ) |
| Plaintiff, | ) |
| vs. | ) Case Number: 1:10-CV-00263 |
| DOUGLAS VAUGHAN, | ) |
| THE VAUGHAN COMPANY, REALTORS, INC., | ) |
| and | ) |
| VAUGHAN CAPITAL, LLC. | ) |
| Defendants. | ) |

AFFIDAVIT OF DOUGLAS VAUGHAN

STATE OF New Mexico   )
                      ) ss.
COUNTY OF Bernalillo  )

I, Douglas Vaughan, being first duly sworn upon oath, states as follows:

1. I am Chairman of The Vaughan Co. Realtors.

2. All known records have been produced and that to the best of my knowledge, no records have been deleted or destroyed.

3. If any additional records are discovered they will be produced to the SEC promptly upon discovery.

FURTHER AFFIANT SAYETH NOT.

By: _____
Douglas Vaughan

SUBSCRIBED AND SWORN to before me this 29th day of April, 2010, by Douglas Vaughan.

_____
NOTARY PUBLIC

My Commission Expires:

2/3/2012