UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SECURITIES AND EXCHANGE
COMMISSION,

           Plaintiff,

                              Case No. 10-cv-00263 - MV -WPL

    v.

DOUGLAS F. VAUGHAN
THE VAUGHAN COMPANY, REALTORS,
INC. and
VAUGHAN CAPITAL, LLC

           Defendants

## ORDER

Given the Judgment issued in this case on March 1, 2011 against The Vaughan Company Realtors, Inc., the pending motion of the Securities and Exchange Commission to dismiss its claim for disgorgement, prejudgment interest, and civil penalty against The Vaughan Company, Realtors, Inc. [Doc. 82] ("Motion"), which is unopposed, and having considered the entire record in this case,

**IT IS HEREBY ORDERED** that the Motion [Doc. 82] is GRANTED, and the claim for disgorgement, prejudgment interest, and civil penalty against The Vaughan Company Realtors, Inc., is dismissed. The Judgment against The Vaughan Company Realtors, Inc. shall remain in full force and effect.

SO ORDERED this 13th day of December, 2012.

_____
MARTHA VAZQUEZ
UNITED STATES DISTRICT JUDGE